ADAM B. RUCKER (SBN 309516)
arucker@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Defendant
STELLAR RECOVERY, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| LILIANA MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STELLAR RECOVERY, INC.,<br><br>　　　　Defendant. | Case No. 3:17-cv-00865 RS<br><br>(Honorable Richard Seeborg)<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: February 22, 2017 |

Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next thirty (30) days. The parties request that the Court retain jurisdiction of this case during said thirty (30) day period.

DATED: March 28, 2017　　　　　　　　　HINSHAW & CULBERTSON LLP

　　　　　　　　　　　　　　　　By: */s/ Adam B. Rucker*
　　　　　　　　　　　　　　　　　　ADAM B. RUCKER
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　STELLAR RECOVERY, INC.

1

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

NOTICE OF SETTLEMENT
Case No. 3:17-cv-00865 RS
36267008v1 0996478