# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| LILIANA MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STELLAR RECOVERY, INC.,<br><br>　　　　Defendant. | Case No. 3:17-cv-00865 RS<br><br>(Honorable Richard Seeborg)<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FINALIZE SETTLEMENT AND DISMISS CASE WITH PREJUDICE**<br><br>(Filed concurrently with Stipulation]<br><br>Complaint Filed: February 22, 2017<br>Discovery Cut-off: Not Set<br>Motion Cut-off: Not Set |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

# **ORDER**

Having reviewed the parties' Stipulation for Extension of Time to Finalize Settlement and Dismiss Case with Prejudice, and for good cause shown, it is hereby ordered:

1. That the parties shall file a stipulation for dismissal on or before May 25, 2017.

2. If the stipulation for dismissal is not filed by that date, the parties are ordered to appear on June 1, 2017, in Courtroom 3, 17th Floor of the San Fransisco Courthouse and show cause for why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

DATED: 5/8/17 ~~, 2017~~

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800