# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| LILIANA MARTINEZ<br>Plaintiff,<br>-against-<br>STELLAR RECOVERY, INC.<br>Defendant. | Case No.: 3:17-cv-00865-RS<br><br>**The Hon. Richard Seeborg**<br><br>[~~PROPOSED~~] **ORDER GRANTING DISMISSAL OF THE CASE WITH PREJUDICE**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed: 2/22/17<br>Answer Filed: 3/21/17 |

Proposed Order Granting Dismissal of Case
With Prejudice
Case No. 3:17-cv-00865-RS

# ORDER

Having reviewed the parties' Joint Stipulation of Dismissal With Prejudice, and for good cause shown, it is hereby ORDERED

1. The case is hereby dismissed with prejudice with each party to bear their respective costs and attorney's fees.

**IT IS SO ORDERED.**

Date: 5/16/17

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE